**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ___ D.C.

05 MAY 25 AM 9: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MOCK, INC. d/b/a HI-SPEED
INDUSTRIAL SERVICE,

    Plaintiff,

vs.

                                Civil Action No. 05-CV-2235-MaP

AZIMA, INC. and DON RAINEY,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

    The parties in the above-captioned matter have informed the Court that this matter has been settled and compromised, and that all of plaintiff's claims against defendants, and all of defendants' claims against plaintiff, may be dismissed with prejudice. Accordingly, this action, and all claims, counter-claims and causes of action herein, are hereby dismissed with prejudice.

    SO ORDERED this **24th** day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE



APPROVED:

*Lisa A. Krupicka*

Lisa A. Krupicka
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN  38103
Attorneys for Plaintiff

*Cannon F. Allen by hAK w/ permission*

Cannon F. Allen
Armstrong Allen, PLLC
80 Monroe Avenue, Suite 700
Memphis, TN  38103
Attorneys for Defendant,
Don Rainey

*Steven W. Likens by hAK w/ permission*

Steven W. Likens
Husch & Eppenberger, LLC
200 Jefferson Avenue, Suite 1450
Memphis, TN  38103
Attorneys for Defendant, Azima, Inc.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02235 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

E. Allen Dodd
SCRUGGS DODD & DODD, P.A.
207 Alabama Ave., S.W.
Fort Payne, AL 35967

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT