UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MOCK, INC., d/b/a HI-SPEED
INDUSTRIAL SERVICE,

    Plaintiff,

v.                                                             Cv. No. 05-2235-Ma

AZIMA, INC. and DON RAINEY,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal With Prejudice, docketed May 25, 2005.

**APPROVED:** _/s/_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 31, 2005
_____
DATE

                                        ROBERT R. DI TROLIO
                                        CLERK

                                        (By)/DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02235 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

E. Allen Dodd
SCRUGGS DODD & DODD, P.A.
207 Alabama Ave., S.W.
Fort Payne, AL 35967

Honorable Samuel Mays
US DISTRICT COURT